**JS-6**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEOSAN LLC, and ALEXANDR SANDRAC,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, MERRICK GARLAND, Attorney General of the United States, UR JADDOU, Director of the United States Citizenship and Immigration Services, and KATHY A. BARAN, California Service Center Director of the United States Citizenship and Immigration Services,<br><br>    Defendants. | Case No. 2:20-cv-03121-JWH-PJW<br><br>**JUDGMENT** |

Pursuant to the "Order Denying Motion of Plaintiffs for Summary Judgment [ECF No. 33] and Granting Cross-Motion of Defendants for Summary Judgment [ECF No. 34]" filed substantially concurrently herewith, and in accordance with Rules 56 and 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 5 U.S.C. §§ 701, *et seq.*

2. The operative pleading is the first amended complaint (the "Amended Complaint") [ECF No. 20] of Plaintiffs Neosan, LLC and Alexandr Sandrac (jointly, "Plaintiffs").

3. Defendants United States of America, Secretary Alejandro Mayorkas, Attorney General Merrick B. Garland, USCIS Director Ur Jaddou, and California Service Center Director Kathy A. Baran shall have **JUDGMENT** in their **FAVOR**, and **AGAINST** Plaintiffs.  Plaintiffs shall take nothing by way of their Amended Complaint.  This action is **DISMISSED**.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 9, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE